# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASCADE BANCORP, JEROL E. ANDRES, CHRIS C. CASCIATO, MICHAEL J. CONNOLLY, ANNETTE G. ELG, DENNIS L. JOHNSON, J. LAMONT KEEN, JAMES B. LOCKHART III, PATRICIA L. MOSS, RYAN R. PATRICK, THOMAS M. WELLS, TERRY E. ZINK, and FIRST INTERSTATE BANCSYSTEM, INC., <br><br> Defendants. | Case No. 6:17-cv-00405-JR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 8, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-6800

**RANSOM, GILBERTSON, MARTIN & RATLIFF, L.L.P**

By: */s/ Jeffrey S. Ratliff*
Jeffrey Ratliff
8401 NE Halsey Street, Suite 208
Portland, Oregon 97220

*Attorneys for Plaintiff*