IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL PARSHALL,<br><br>                  Plaintiff,<br><br>V.<br><br>CASCADE BANCORP; JEROL ANDRES; MICHAEL J. CONNOLLY; FIRST INTERSTATE BANCSYSTEM, INC.; ANNETTE G. ELG; DENNIS L. JOHNSON; J. LAMONT KEEN; JAMES B. LOCKHART III; PATRICIA L. MOSS; RYAN R. PATRICK; THOMAS M. WELLS; TERRY E. ZINK; CHRIS C. CASCIATO,<br><br>                  Defendants. | 6:17-cv-00405-TC<br><br>JUDGMENT |

Pursuant to plaintiff's Notice of Voluntary Dismissal (ECF No. 14), this action is dismissed without prejudice.

Dated this 11th day of September 2017.

                                                  Mary L. Moran, Clerk of Court

                                                  by: s/P. Bruch
                                                       Paul Bruch, Deputy Clerk